DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY BEASLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0849

[June 13, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 11-14361CF10A.

Stanley Beasley, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***